# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY EARL DOWNS, | Case No.: 2:10-cv-01444-GMN-PAL |
| Petitioner, | **ORDER** |
| vs. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct IFP form for use, should he wish to file a motion for leave to proceed *in forma pauperis* in this action. In the interim, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

IT IS THEREFORE ORDERED that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to do so in a timely manner will result in the dismissal of this action.

DATED this 1st day of September, 2010.

_____
Gloria M. Navarro
United States District Judge